# BUSINESS LAW GROUP, P.A.
## ATTORNEYS AT LAW

June 18, 2009

Charles Daniels
8538 Redleaf Lane
Orlando, FL 32819

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Re: CYPRESS FAIRWAYS CONDOMINIUM ASSOCIATION, INC. vs. Charles Daniels

Dear Charles Daniels:

This firm represents CYPRESS FAIRWAYS CONDOMINIUM ASSOCIATION, INC. ("Cypress Fairways"), and its assignee LM Funding, LLC. According to Cypress Fairways's records, you are the owner of unit 2201 (your "Unit") which has a delinquent assessment balance.

Pursuant to the Declaration of Condominium, you have been charged, eighteen percent (18%) interest on your delinquent assessment balance, plus administrative late fees of the greater of $25 or 5% of the delinquent assessment for each delinquent assessment. Please remit a check payable to Business Law Group, P.A.

As of this date, your outstanding balance is:

| | |
|---|---|
| Assessments | $756.00 |
| Interest | $20.00 |
| Administrative Late Fees | $50.00 |
| Legal Fees | $180.00 |
| Collection Costs | $125.00 |
| Total | $1,130.00 |

Checks should be payable to Business Law Group at the address below. Please indicate your Cypress Fairways building and unit number on the check. If you disagree with these charges please complete the attached Dispute Form. To avoid miscommunications, this firm will only communicate with you regarding a



EXHIBIT A1

# BUSINESS LAW GROUP, P.A.
## ATTORNEYS AT LAW

**Please direct payment payable to Business Law Group, P.A. at the address below. Payments sent to Cypress Fairways will be returned and will cause additional delay in posting and will result in additional interest and administrative late fees.**

Notice: The undersigned attorney may be considered to be a debt collector, and is attempting to collect a debt owed to the Association, and any information obtained will be used for that purpose. In the absence of any notice, unless you, within thirty (30) days after receipt of this letter, dispute the validity of the aforesaid debt (or any portion thereof) owing to the Association, this law firm shall assume that the said debt is valid. If you notify the undersigned within the said thirty (30) day period that the aforesaid debt, or any portion thereof, is disputed, the undersigned attorney shall obtain written verification of the said debt from the association and mail the same to you. If you dispute the amount due, please provide cancelled checks or other evidence of payment, if applicable.

Thank you in advance for your prompt payment of amounts owed to date.

Sincerely,

Bruce M. Rodgers, Esq.

Enclosures: Dispute form
Cc: CYPRESS FAIRWAYS CONDOMINIUM ASSOCIATION, INC.
LM Funding, LLC

533 SOUTH HOWARD AVE., #8 BMB #38 · TAMPA, FL 33606
TELEPHONE 813-258-8588
BruceRodgers@Tampabay.rr.com



EXHIBIT A2