# BUSINESS LAW GROUP, P.A.
## ATTORNEYS AT LAW

July 20, 2009

Charles Daniels
8538 Redleaf Lane
Orlando, FL 32819

**CERTIFIED MAIL RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**

Re: CYPRESS FAIRWAYS CONDOMINIUM ASSOCIATION, INC. vs. Charles Daniels

Dear Charles Daniels :

This firm represents CYPRESS FAIRWAYS CONDOMINIUM ASSOCIATION, INC. ("Cypress Fairways"), and its assignee LM Funding, LLC. According to Cypress Fairways's records, you are the owner of unit 2201 (your "Unit") which has a delinquent assessment balance.

Cypress Fairways has filed a lien against your Unit for delinquent assessments, interest, administrative fees, attorneys' fees, and costs. To date, you continue to have an outstanding balance.

As of this date, your outstanding balance is:

| | |
|---|---|
| Assessments | $217.83 |
| Interest | $0.00 |
| Administrative Late Fees | $0.00 |
| Legal Fees | $370.00 |
| Collection Costs | $125.00 |
| **Total** | **$712.83** |

Cypress Fairways intends to file an action for foreclosure upon your Unit if all amounts owed are not paid within thirty days of the date hereof.

Additionally, effective 30 days from the date of this letter, Cypress Fairways intends to exercise its right to accelerate all assessments owed upon your Unit for the balance of the fiscal year (through December 31, 2009.)

533 SOUTH HOWARD AVE., #8 BMB #38 · TAMPA, FL 33606
TELEPHONE 813-258-8588
BruceRodgers@Tampabay.rr.com

EXHIBIT C1

# BUSINESS LAW GROUP, P.A.
## ATTORNEYS AT LAW

If payment is made after 8/19/2009, additional late fees, interest, and attorney's fees will be added to the balance due on your statement. A Dispute Form is attached if you dispute any of the charges set forth on your statement. To avoid miscommunications, this firm will only communicate with you regarding a dispute in writing.

Checks should be payable to Business Law Group at the address below. Payments sent to Cypress Fairways will be returned and will cause additional delay in posting and will result in additional interest and administrative late fees. Please indicate your Cypress Fairways building and unit number on the check.

Notice: The undersigned attorney may be considered to be a debt collector, and is attempting to collect a debt owed to the Association, and any information obtained will be used for that purpose. In the absence of any notice, unless you, within thirty (30) days after receipt of this letter, dispute the validity of the aforesaid debt (or any portion thereof) owing to the Association, this law firm shall assume that the said debt is valid. If you notify the undersigned within the said thirty (30) day period that the aforesaid debt, or any portion thereof, is disputed, the undersigned attorney shall obtain written verification of the said debt from the association and mail the same to you. If you dispute the amount due, please provide cancelled checks or other evidence of payment, if applicable.

Thank you in advance for your prompt payment of amounts owed to date.

Sincerely,

Bruce M. Rodgers, Esq.

Enclosures:   Dispute form
Cc:           CYPRESS FAIRWAYS CONDOMINIUM ASSOCIATION, INC.
              LM Funding, LLC

533 SOUTH HOWARD AVE., #8 BMB #38 · TAMPA, FL 33606
TELEPHONE 813-258-8588
BruceRodgers@Tampabay.rr.com

EXHIBIT C2