# 4

**To: Bruce M. Rodgers, Esq.**            July 24, 2009

**Fax: 813-221-7909**            No. Of Pages _ 6 _
**Phone: 813-258-8588**

**Subject: Cypress Fairway Condomunium Association**

---

Charles Daniels

Optimal Technologies International, LLC (OTi)

Cell Phone: 407-496-7654

**EXHIBIT D1**

Charles Daniels

July 23, 2009

Mr. Bruce M. Rodgers, Esq.
Business Law Group, P.A.
533 South Howard Ave., #8
Tampa, FL 33606

Re: Letter (Cypress Fairway Condominium Association Inc. vs Charles Daniels)

Dear Bruce M. Rogers:

We received your letter regarding payment of debt to Cypress Fairway Condominium Association Inc. (Cypress) fees/dues. In good faith we have attempted to pay each amount of which we had knowledge. On several occasions we have requested written statements to allow us to see and reconcile our payments. Since, May 2009 the following payments were made.

| Date of Payment | Amount of Check | Comment |
|---|---|---|
| Before May 14, 2009 | $256.00 | This check was returned by Cypress. Manager said it was returned because it did not pay all that was due since it was now a new billing period. We disputed this action and requested a written statement in order to determine the true amount we were responsible for paying. |
| May 28, 2009 | $281.00 | This check was also returned by Cypress. And the reason given was that because the payment was made near the end of the month our payment would not be accepted. So, the Manager returned the $281.00 along with a written account statement. |
| June 16, 2009 | $793.00 | After we reviewed the statement we sent this payment to cover; one returned check, one past due month, and the then due June amount. |
| July 11, 2009 | $256.00 | This is the check for July |

We received your letter approximately a week after making the June 16th payment of $793.00. The payment included all the $25.00 fees up to that date.

The lack of written statements periodically makes it difficult for us to keep up with our payment status. We requested regularly statement be sent us, without avail. Our attempts to catch up payments quickly have been frustrated by the return of check and the lack of timely response to our request for statements. This is big problem, since the accuracy of billing has and continues to be an issue. For instance, although we have paid July, it appears we are now considered delinquent.

*8538 Redleaf Lane . Orlando . FL 32819*



EXHIBIT D2

Charles Daniels

However, even with that said, the information presented above clearly demonstrates our desire correct thing regarding the Cypress dues. We therefore request that all fees and penalties except the Administrative Late Fee and Interest be removed for our account. Your consideration is appreciated. Should you desire, please call me at 407-496-7654.

Respectfully,

*Charles Daniels*

Charles Daniels

Encl:–Dispute Form; and front and back of Check for $793.00

*8538 Redleaf Lane . Orlando . FL 32819*

EXHIBIT D3

# Chase Online

**FREE EXTRA CKING**

Check Number: 1146      Post Date: 06/24/2009      Amount of Check: $793.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2009 JPMorgan Chase & Co.



EXHIBIT D4

9/25/2009 9:33 PM

# WaMu is becoming CHASE

## Transaction Detail



| | |
|---|---|
| Transaction Type: | Check |
| Account: | WAMU FREE CHECKING(TM) - |
| Posting Date: | 06/24/2009 |
| Amount: | 793.00 |
| Check Number: | 1146 |
| Transaction Number: | -9783 |

JPMorgan Chase Bank, N.A. Member FDIC.
Equal Opportunity Lender.

EQUAL HOUSING LENDER

Terms of Use | Security & Privacy | Online Services Agreement
Products and services offered by JPMorgan Chase Bank, N.A. and its affiliates.
Programs (including, without limit, fees, rates and features) are subject to change without notice.
© Copyright 1998 - 2009, Washington Mutual, Inc. All Rights Reserved



EXHIBIT D5



## WaMu is becoming CHASE

# Transaction Detail



| | |
|---|---|
| Transaction Type: | Check |
| Account: | WAMU FREE CHECKING(TM) - ▬ |
| Posting Date: | 06/24/2009 |
| Amount: | 793.00 |
| Check Number: | 1146 |
| Transaction Number: | ▬-9783 |

JPMorgan Chase Bank, N.A. Member FDIC.
Equal Opportunity Lender.
EQUAL HOUSING LENDER

Terms of Use | Security & Privacy | Online Services Agreement
Products and services offered by JPMorgan Chase Bank, N.A. and its affiliates.
Programs (including, without limit, fees, rates and features) are subject to change without notice.
© Copyright 1998 - 2009, Washington Mutual, Inc. All Rights Reserved



EXHIBIT
D6