UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES DANIELS,

    Plaintiff,

v.                                                  CASE NO.: 8:13-cv-1942-T-23TGW

BUSINESS LAW GROUP, PA, et al.,

    Defendants.
_____/

**ORDER**

The plaintiff moves (Doc. 17) to strike LM Funding's affirmative defenses and request for fees. LM Funding fails to respond and instead purports to amend (Doc. 27) the answer and affirmative defenses. The motion (Doc. 17) to strike is **GRANTED** and LM Funding's affirmative defenses and request for fees (Doc. 13) are **STRICKEN**. Filed without leave or written consent, LM Funding's amended answer (Doc. 27) is **STRICKEN**. LM Funding may move for leave to amend the answer and affirmative defenses under Rule 15(a), Federal Rules of Civil Procedure. LM Funding must comply fully with Local Rule 3.01(g).

ORDERED in Tampa, Florida, on December 9, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE